UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **PELLICCIARI, JOHN M** ) | Case No. 07-05214 | |
| ) | | |
| Debtor(s). ) | Hon. **A. BENJAMIN GOLDGAR** | |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and
<u>Hearing on the Abandonment of Property by the Trustee</u>**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

2.
   At:   Lake County Courthouse, 18 N. County Street, Waukegan, IL 60085 in Courtroom C-206 Court Annex Building

   On: **December 7, 2007**           Time: **1:30 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

   3. The Trustee's Final Report shows total:

   Receipts                                                                    $6,735.97

   Disbursements                                                               $0.00

   Net Cash Available for Distribution                                         $6,735.97

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Trustee Compensation* | $0.00 | $1,423.60 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7. Claims of general unsecured creditors totaling $61,555.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 8.63%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Se | $7,714.77 | $665.80 |
| 000002 | Sallie Mae | $22,305.57 | $1,925.03 |
| 000003 | Chase Bank Usa, N.A. | $10,095.42 | $871.26 |
| 000004 | Ecast Settlement Corporation Assign | $825.66 | $71.26 |
| 000005 | American General | $1,721.72 | $148.59 |
| 000006 | Advanta Bank Corp | $7,956.51 | $686.67 |
| 000007 | Lvnv Funding LLC Its Successors And | $2,778.27 | $239.77 |
| 000008 | Lvnv Funding LLC Its Successors And | $5,640.47 | $486.79 |
| 000009 | Lvnv Funding LLC Its Successors And | $2,516.80 | $217.20 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **November 7, 2007**         For the Court,

By:  **KENNETH S. GARDNER**
     CLERK OF BANKRUPTCY COURT

Trustee:     Joseph E. Cohen
Address:     105 West Madison Street
             Suite 1100
             Chicago, IL  60602-0000
Phone No.:   (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1              Date Rcvd: Nov 07, 2007
Case: 07-05214                 Form ID: pdf002              Total Served: 31

The following entities were served by first class mail on Nov 09, 2007.
db          +John M Pellicciari,    2260 N Stonehedge Ct,    Round Lake, IL 60073-4884
aty         +Jaime Dowell,    Legal Helpers,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7065
aty         +Julie H Trepeck,    Legal Helpers,    20 West Kinzie Suite 1300,    Chicago, IL 60610-7065
tr          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
11498743     Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11257474    +Att&t Universal/ Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
11357625    +Aurora Burlington Credit Union,    575 North Broadway,    Aurora, IL 60505-2690
11357626    +BNSF Railway Credit Union,    Homer Wilson & Company CPA's,    900 Ridge Road Suite S,
              Munster, IN 46321-1727
11257475    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11392054    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
11257476    +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
11257477    +Citibank Usa,    Po Box 6003,    Hagerstown, MD 21747-6003
11357627    +Citifinancial Services Inc,    8705 West 95th St,    Hickory Hills, IL 60457-1732
11257478    +Citimortgage Inc,    Po Box 9442,    Gaithersburg, MD 20898-9442
11257480    +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
11257482     GMAC,    P.O. Box 10729,    Midland, TX 79702
11257481    +Gemb/ge Money,    200 W 14th St Suite 150,    Tempe, AZ 85281-6707
11257483    +Hsbc Nv,    Pob 19360,    Portland, OR 97280-0360
11257472    +Julie H. Trepeck,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
11257484    +Marshall & Ilsley Bank,    770 N Water St,    Milwaukee, WI 53202-3509
11257485    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11375894    +Sallie Mae,    C/O Sallie Mae, Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
11257486    +Sallie Mae Servicing,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
11257487    +Wash Mutual/providian,    Po Box 660509,    Dallas, TX 75266-0509
11469782     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Nov 08, 2007.
11257473     Fax: 800-208-8123 Nov 08 2007 06:00:59      American General Finance,    600 N Royal Ave,
              Evansville, IN 47715
11475260    +Fax: 800-208-8123 Nov 08 2007 06:00:59      American General,    PO Box 3121,
              Evansville, IN 47731-3121
11257479     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 08 2007 06:00:48      Discover Fin,    Pob 15316,
              Wilmington, DE 19850
11367797     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 08 2007 06:00:48
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH 43054-3025
11515718     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11515738     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11257471*   +John M Pellicciari,    2260 N Stonehedge Ct,    Round Lake, IL 60073-4884
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 09, 2007**              **Signature:**   _Joseph Speetjens_