UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: § Case No. 07-05214
PELLICCIARI, JOHN M §
 §
Debtor(s) §
 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: | Assets Exempt: |
|---|---|
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on              . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH E. COHEN_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AURORA BURLINGTON CREDIT UNION |  |  |  |  |  |
| CITIBANK USA |  |  |  |  |  |
| CITIMORTGAGE INC. |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC | | | | | |
| MARSHALL & ISLEY BANK | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATT & T UNIVERSAL/CITIBANK | | | | | |
| BNSF RAILWAY CREDIT UNION | | | | | |
| CHASE | | | | | |
| CITIBANK | | | | | |
| CITIFINANCIAL SERVICES INC | | | | | |
| GE MONEY | | | | | |
| HSBC NV | | | | | |
| NICOR GAS | | | | | |
| WASHINGTON MUTUAL/PROVIDIAN | | | | | |
| ADVANTA BANK CORP | | | | | |
| AMERICAN GENERAL | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | |
| DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No.: | 07-05214 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PELLICCIARI, JOHN M | Date Filed (f) or Converted (c): | 03/23/07 (f) |
| | | 341(a) Meeting Date: | 05/07/07 |
| For Period Ending: | 06/24/09 | Claims Bar Date: | 08/08/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 206,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CHECKING | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | 0.00 |
| 4. APPAREL | 350.00 | 0.00 | | 0.00 | 0.00 |
| 5. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. TAX REFUND | 0.00 | 5,800.00 | | 6,712.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 33.80 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $207,150.00   $5,800.00   $6,745.80   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE COLLECTED AN INCOME TAX REFUND FROM THE DEBTOR. TRUSTEE HAS SUBMITTED HIS FINAL REPORT TO UST FOR REVIEW AND APPROVAL. FINAL HEARING HELD ON 12/7/07. DISTRIBUTION MADE. TRUSTEE TO DEPOSIT FUNDS WITH THE CLERK OF THE COURT.

Initial Projected Date of Final Report (TFR): 11/30/07     Current Projected Date of Final Report (TFR): 10/31/07

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-05214 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PELLICCIARI, JOHN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6744 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5256 | | | |
| For Period Ending: | 06/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/15/07 | 6 | JOHN PELLICCIARI | Tax refund<br>Income tax refund | 1124-000 | 6,712.00 | | 6,712.00 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.75 | | 6,714.75 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.52 | | 6,720.27 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.71 | | 6,725.98 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.71 | | 6,731.69 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 4.28 | | 6,735.97 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 4.30 | | 6,740.27 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 3.60 | | 6,743.87 |
| 12/18/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.93 | | 6,745.80 |
| 12/18/07 | | Transfer to Acct #*******6896 | Final Posting Transfer | 9999-000 | | 6,745.80 | 0.00 |

| Account *******6744 | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | Deposits | 6,712.00 | 0 | Checks | | 0.00 |
| | 8 | Interest Postings | 33.80 | 0 | Adjustments Out | | 0.00 |
| | | | | 1 | Transfers Out | | 6,745.80 |
| | | Subtotal | $ 6,745.80 | | | | |
| | | | | | Total | $ | 6,745.80 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $ 6,745.80 | | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 07-05214 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PELLICCIARI, JOHN M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6896  BofA - Checking Account |
| Taxpayer ID No: | *******5256 | | |
| For Period Ending: | 06/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/18/07 | | Transfer from Acct #*******6744 | Transfer In From MMA Account | 9999-000 | 6,745.80 | | 6,745.80 |
| 12/15/08 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,423.60 | 5,322.20 |
| 12/15/08 | 003002 | Cohen & Krol | Attorney fees per court order | 3110-000 | | 380.00 | 4,942.20 |
| 12/15/08 | 003003 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 190.00 | 4,752.20 |
| 12/15/08 | 003004 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany, OH  43054-3025 | Claim 000001, Payment 7.79440% | 7100-000 | | 601.32 | 4,150.88 |
| 12/15/08 | 003005 | Sallie Mae<br>C/O Sallie Mae, Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000002, Payment 7.79433% | 7100-000 | | 1,738.57 | 2,412.31 |
| 12/15/08 | 003006 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000003, Payment 7.79433% | 7100-000 | | 786.87 | 1,625.44 |
| 12/15/08 | 003007 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card<br>Services III<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000004, Payment 7.79376% | 7100-000 | | 64.35 | 1,561.09 |
| 12/15/08 | 003008 | American General<br>PO Box 3121<br>Evansville, IN 47731 | Claim 000005, Payment 7.79453% | 7100-000 | | 134.20 | 1,426.89 |
| 12/15/08 | 003009 | Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000006, Payment 7.79436% | 7100-000 | | 574.53 | 852.36 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-05214 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PELLICCIARI, JOHN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6896 BofA - Checking Account |
| Taxpayer ID No: | *******5256 | | | |
| For Period Ending: | 06/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/15/08 | 003010 | LVNV Funding LLC its successors and assigns as assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000007, Payment 7.79442% | 7100-000 | | 216.55 | 635.81 |
| | 12/15/08 | 003011 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000008, Payment 7.79439% | 7100-000 | | 439.64 | 196.17 |
| * | 12/15/08 | 003012 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000009, Payment 7.79442% | 7100-003 | | 196.17 | 0.00 |
| * | 12/15/08 | 003012 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000009, Payment 7.79442% | 7100-003 | | -196.17 | 196.17 |
| | 12/15/08 | 003013 | LVNV Funding LLC its successors and assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000009, Payment 7.79442% | 7100-000 | | 196.17 | 0.00 |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-05214 -ABG |
| Case Name: | PELLICCIARI, JOHN M |
| Taxpayer ID No: | *******5256 |
| For Period Ending: | 06/24/09 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6896  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6896
| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $ 0.00 |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 6,745.80 |
| | Total | $ 6,745.80 |

| | | |
|---|---|---|
| 14 | Checks | 6,745.80 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 6,745.80 |

Report Totals
| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 1 | Deposits | 6,712.00 |
| 8 | Interest Postings | 33.80 |
| | Subtotal | $ 6,745.80 |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 6,745.80 |
| | Total | $ 13,491.60 |

| | | |
|---|---|---|
| 14 | Checks | 6,745.80 |
| 0 | Adjustments Out | 0.00 |
| 1 | Transfers Out | 6,745.80 |
| | Total | $ 13,491.60 |
| | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

Ver: 14.31a